JULY 2, 1985

No. 84–1292.   STEARNS COAL & LUMBER CO., INC. v. KENTUCKY NATURAL RESOURCES AND ENVIRONMENTAL PROTECTION

CABINET. Appeal from Sup. Ct. Ky. dismissed for want of substantial federal question.